HD

Rcv'd by: AV

USDC - GREENBELT
'23 JUN 28 PM3:12

# UNITED STATES DISTRICT COURT

for the

District of Maryland

Division

Case No. DLB 23 CV 1738

*(to be filled in by the Clerk's Office)*

Chief Smoking Wolf

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Joseph Biden / all members of Cabinet

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Simone Dickson |
| Street Address | 9801 Apollo Dr 7390 |
| City and County | Upper Marlboro, MD |
| State and Zip Code | Maryland 20792 |
| Telephone Number | 771-200-0213 |
| E-mail Address | dicksonsimone37@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: JosePh Biden
Job or Title *(if known)*: Ex-President
Street Address: 1600 Pennsylvania AVE NW
City and County: District of Columbia
State and Zip Code: 20500
Telephone Number: 202-456-1414
E-mail Address *(if known)*: WH.GOV

Defendant No. 2

Name: kamylah Harris
Job or Title *(if known)*: Ex Vice President
Street Address: 1600 Pennsylvania AVE N.W
City and County: District of Columbia
State and Zip Code: 20500
Telephone Number: 202-456-1414
E-mail Address *(if known)*: WH.GOV

Defendant No. 3

Name: Every member of Term
Job or Title *(if known)*: CABINet
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address *(if known)*:

Defendant No. 4

Name: Tim Ryan
Job or Title *(if known)*: Republican/congress
Street Address: 1126 Longworth Bldg
City and County: Washington D.C
State and Zip Code: Maryland 20515
Telephone Number: 202-225-5261
E-mail Address *(if known)*: timryan.house.gov

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Treason (The USA Patriot Act)
Sponsoring Terrorism

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Simone Dickson, is a citizen of the State of *(name)* ______.

b. If the plaintiff is a corporation

The plaintiff, *(name)* Advocates Essential, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* Varies.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Joseph Biden, is a citizen of the State of *(name)* District of Columbia. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* K Harris, is incorporated under the laws of the State of *(name)* Constitution, and has its principal place of business in the State of *(name)* District of Columbia. Or is incorporated under the laws of *(foreign nation)* ________, and has its principal place of business in *(name)* United States.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Within the United States Boarders passed a law that allowed for other sponsors of terrorism to stalk, harrass and kill minorities, and used witches from a prior president's hunt to control the people.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Several incidents within the judicial, legislative, and Executive of corruption and minipulation. The court's not properly following upon cases were due process should have taken place when there is abuse of power, and corruption

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Numerous bouts within the State of Maryland and two other States with courts lack of participation & passed A Bill in "2022" To target minorities with technology and use it to terrorize people and violate treaties.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I would like the United States, State, City comptroller, and the Department of Treisury to stop funding especially to the people who were employed on the previous petitions and different people from tribes, Italy, Russia, Egypt to help with this country so funds will have to be allotted differently so things get done correctly.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Demand that Ex-President Biden Get out of the Whitehouse same with Harris and members of cabinet and I will be officially Elected for president and arrange for meetings in order for group participation from people above in Question IV. to help maintain order and peace by more than one person by November to keep peace in the world from the chaos that had happened with the CHIPS.



## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/28/23

Signature of Plaintiff [signature]

Printed Name of Plaintiff [handwritten name]

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______